# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 24-CR-40018 |
| JOSEF VALENTIN BITA, ) | |
| Defendant. ) | |

## ORDER

The Motion for Turnover Order is GRANTED, and the United States Secret Service is authorized to deposit seized funds in the amount of $7,078.00 with the Clerk of the Court for the Central District of Illinois for application towards the defendant's restitution obligations *pro rata*.

Dated: August 21, 2025

s/ Jonathan E. Hawley

UNITED STATES DISTRICT JUDGE

5